UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. v. MICHAEL DORAZO, Crim. No. TBD; Mag. No. 20-12328

## PETITION FOR WRIT OF HABEAS CORPUS

1. MICHAEL DORAZO, DOB: 12/20/1979, SBI#: 583381C, FBI#: 925106WC2 is now confined at Salem County Correctional Facility.

2. MICHAEL DORAZO, DOB: 12/20/1979, SBI#: 583381C, FBI#: 925106WC2 will be required at the U.S. District Court in Camden, New Jersey for an In-Person Plea Hearing before the Honorable Noel L. Hillman, U.S.D.J. on Wednesday, December 15, 2021 at 10:30 a.m. A Writ of Habeas Corpus should be issued for that purpose.

DATED:    December 8, 2021
          Newark, New Jersey

*/s/ Samantha C. Fasanello*
Samantha C. Fasanello
Assistant United States Attorney

## ORDER

Let the Writ Issue.

DATED: 12/8/21

*/s/ Sharon A. King*
Honorable Sharon A. King, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Salem County Correctional Facility, Woodstown, New Jersey,

WE COMMAND YOU that you have the body of

MICHAEL DORAZO, DOB: 12/20/1979, SBI#: 583381C, FBI#: 925106WC2

now confined at Salem County Correctional Facility, Woodstown, New Jersey, be brought to the United States District Court, on Wednesday, December 15, 2021, at 10:30 a.m., for an In-Person Plea Hearing before the Honorable Noel L. Hillman, U.S.D.J. at the U.S. District Court, Camden, New Jersey.

WITNESS the Honorable Sharon A. King
United States Magistrate Judge
Camden, New Jersey

DATED:

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: */s/ Marnie Maccarella*
       Deputy Clerk